

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Carlos Omar Casillas aka Carlos Omar
Casillas Padilla, Appellant

No. 06-17-00148-CR          v.

The State of Texas, Appellee

Appeal from the 8th District Court of
Hopkins County, Texas (Tr. Ct. No.
1725959).  Memorandum Opinion delivered
by Justice Burgess, Chief Justice Morriss
and Justice Moseley participating.

       As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

       We note that the appellant, Carlos Omar Casillas aka Carlos Omar Casillas Padilla, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED NOVEMBER 8, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk